■ The People of the State of New York, Respondent, v Jose Santiago, Appellant. [954 NYS2d 453]

The verdict was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the jury's rejection of defendant's explanation of his reason for forcefully throwing his dog to the floor, causing injury. Concur—Gonzalez, P.J., Sweeny, Richter, Román and Clark, JJ.